P:\Linares\Lissette\Order-consent re schedule.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------x
UNITED STATES OF AMERICA, :

   -against- : 11-cr-00310 (JLL)

KOLE AKINOLA, : CONSENT ORDER REGARDING
                                           BRIEFING SCHEDULE
          Defendant. :
------------------------------x

This matter having been opened on the motion of Defendant, Kole Akinola, and the United States having consented, Joseph B. Shumofsky, A.U.S.A., and good cause having been shown, it is on this 17TH day of OCTOBER, 2011;

ORDERED that on or before October 20, 2011, Defendant may file a reply brief, limited to the issues presented by the motion to suppress (Docket Entry 16); it is further

ORDERED that the Court hereby establishes November 16, 2011, at 1:30 p.m., as the return date for all pending motions.

                                                                 _____
                                                                 JOSE L. LINARES, U.S.D.J.