NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No.: 11-310 (JLL) 01 |
|---|---|
| Plaintiffs, | |
| v. | |
| KOLE AKINOLA, | ORDER |
| Defendants. | |

Please be advised that oral argument on all pending motions is scheduled for **Thursday, November 17, 2011** at **2:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey.  All parties are hereby required to appear.

**IT IS SO ORDERED.**

    /s/ Jose L. Linares
Jose L. Linares,
United States District Judge

Dated:  November 1, 2011