NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KOLE AKINOLA,<br><br>    Defendants. | Criminal Action No.: 11-310 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court on Defendant Kole Akinola's omnibus motion, two motions to suppress, and motion for bail. For the reasons placed on the record on November 17, 2011,

**IT IS** on this 28th day of November, 2011

**ORDERED** that the Defendant is granted two weeks from the date of entry of this Order to submit a brief in support of his second motion to suppress; and it is further

**ORDERED** that the government is granted ten (10) days from the submission date of the Defendant's brief to submit an opposition to Defendant's second motion to suppress; and it is further

**ORDERED** that this Court will hold an evidentiary hearing on Defendant's first and second motions to suppress on Friday, January 20, 2012 at 10:30 a.m.; and it is further

**ORDERED** that Defendant's request for a list of the names of all Government informants is denied as moot as the Government has indicated that none exist; and it is further

**ORDERED** that Defendant's request for *Brady* and *Giglio* materials is denied as moot as the Government has represented that such material has already been produced. However, the Government is reminded of their continuing obligation to turn over these materials as they arise; and it is further

**ORDERED** that the Government shall provide transcripts of the Grand Jury testimony of any witnesses that the Government intends to call at the suppression hearing; and it is further

**ORDERED** that Defendant's request pertaining to the Government's 404(b) evidence is granted and the Government is to provide notice to Defendant at least ten (10) days before trial; and it is further

**ORDERED** that the Government shall comply with this Court's standing order to turn over any *Jencks* material in a timely manner that does not cause delays to trial; and it is further

**ORDERED** that the Court reserves judgment on Defendant's Motion for a Bill of Particulars; and it is further

**ORDERED** that Defendant's Motion for Bail is denied.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE