## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### CASE NO. 11-310-CR-LINARES

**UNITED STATES OF AMERICA**

**v.**

**KOLE AKINOLA**

                    **Defendant.**

_____/

### <u>ORDER</u>

**THIS CAUSE** having come before this Court on defendant Kole Akinola's Motion to Reconsider Order Denying Bail (the "Motion") (DE 36), and this Court having considered the Motion and the Government's response in opposition to the Motion (DE 40),

**IT IS HEREBY ORDERED** that the Motion is denied.

**DONE AND ORDERED** at Newark, New Jersey this _15_ day of December, 2011.

                              _____
                              HONORABLE JOSE L. LINARES
                              United States District Judge