UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 11-310 (JLL) |
| v. | |
| KOLE AKINOLA, | ORDER |
| Defendant. | |

THIS CAUSE having come before this Court on defendant Kole Akinola's Motion to Suppress (Docket Entry 16), and this Court having conducted several days of hearings and received the testimony of multiple witnesses,

IT IS on this 25 day of September, 2012,

ORDERED that the parties submit post-hearing briefs; and it is further

ORDERED that initial briefs are due on or before November 20, 2012, and shall be limited to fifteen (15) pages in length; and it is further

ORDERED that reply papers are due by November 30, 2012, and shall be limited to ten (10) pages in length.

Oral argument will be scheduled by this Court following receipt of the parties' submissions.

HONORABLE JOSE L. LINARES
United States District Judge