NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOLE AKINOLA<br><br>    Defendant. | Crim. Action No. 11-310 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Defendant Kole Akinola ("Defendant")'s (1) motion to suppress evidence seized from a rental vehicle on April 27, 2011, and (2) motion to suppress statements made during a telephone conversation on April 27, 2011. For the reasons stated in the Court's corresponding Opinion,

IT IS, on this 15 day of March, 2013

   **ORDERED** that Defendant's motion to suppress evidence seized from a rental vehicle on April 27, 2011 is DENIED; and it is further

   **ORDERED** that Defendant's motion to suppress statements made during a telephone conversation on April 27, 2011 is DENIED.

                                                  _____
                                                  Jose L. Linares
                                                  United States District Judge

1